SETTER BROTHERS, INCORPORATED, Appellant, v. PEARL C. CHILDS, as Executrix,

etc., of MILFORD W. CHILDS, Deceased, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.